UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT KEITH ERNST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARL FABIAN, et al.,<br><br>　　　　Defendants. | No.  2:24-cv-2949 CSK P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  For the following reasons, this Court recommends that this action be dismissed.

　　　Plaintiff filed his complaint on October 25, 2024.  (ECF No. 1.)  Plaintiff did not pay the filing fee or file an application to proceed in forma pauperis.  Accordingly, on November 5, 2024, this Court granted plaintiff thirty days to pay the filing fee or file an application to proceed in forma pauperis.  (ECF No. 3.)  Thirty days passed and plaintiff did not pay the filing fee or file an application to proceed in forma pauperis.  However, plaintiff filed an amended complaint on November 15, 2024 and a motion for a temporary restraining order on December 13, 2024.  (ECF Nos. 4, 5.)  Because it appeared that plaintiff intended to prosecute this action, on December 17, 2024 this Court granted plaintiff thirty days to pay the filing fee or file an application to proceed in forma pauperis.  (ECF No. 6.)  In the order filed December 17, 2024, this Court advised

plaintiff that the Court would address plaintiff's motion for a temporary restraining order after plaintiff paid the filing fee or filed an application to proceed in forma pauperis. (Id.) In the December 17, 2024 order, this Court also warned plaintiff that failure to comply with the order would result in a recommendation of dismissal of this action. (Id.) Thirty days passed from December 17, 2024, and plaintiff did not pay the filing fee or file an application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 27, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Ernst2949.fifp/2

2